**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

AKO K. BURRELL,

                              Plaintiff,
    v.

BRYAN D. MASON, et al.,                      No. 9:21-CV-1165 (GTS/CFH)

                             Defendants.
_____

**APPEARANCES:**                           **OF COUNSEL:**

Ako K. Burrell
17-B-2994
Upstate Correctional Facility
P.O. Box 2001
Malone, New York 12953
Plaintiff pro se

Attorney General for the                 MATTHEW GALLAGHER, ESQ.
State of New York                         Assistant Attorney General
The Capitol
Albany, New York 12224
Attorneys for defendant(s)

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

**ORDER**

On April 25, 2022, plaintiff filed a motion to compel. See Dkt. No. 18. On May 17, 2022, defendants filed a response. See Dkt. No. 19. On August 31, 2022, plaintiff filed a letter motion seeking an extension of the discovery deadline. See Dkt. No. 20.

A conference was held with plaintiff and counsel for defendants on-the-record on October 3, 2022. As directed during that conference and for the reasons stated at that time, which are incorporated herein by reference, it is hereby **ORDERED** that:

1. Defendants shall forward the 532 pages of their initial disclosures to the Inmate Records Coordinator at the Upstate Correctional Facility within 15 days of this Order. Plaintiff shall have 24 hours in which to review those records. By November 4, 2022, plaintiff shall advise defendants of which of these documents he wishes to be provided. Any documents which are provided to plaintiff shall count towards the 300 free copies which plaintiff may receive pursuant to the Mandatory Pretrial Scheduling and Discovery Order. See Dkt No. 13.

2. By November 1, 2022, defendants shall make available for plaintiff's review all video and/or audio of the sexual assault which plaintiff alleges occurred on September 9, 2021, at the Clinton Correctional Facility.

3. Plaintiff's request for special housing logbooks is **DENIED**.

4. The deadline for the completion of discovery is extended until December 30, 2022.

5. The deadline for the filing of dispositivbe motions is extended until February 15, 2023.

**IT IS SO ORDERED**.

Dated: October 3, 2022
   Albany, New York

Christian F. Hummel
U.S. Magistrate Judge